IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**HINDS COUNTY SCHOOL DISTRICT**                                           **PLAINTIFF**

vs.                                           **CIVIL ACTION NO. 3:13-CV-125-HTW-LRA**

**ACE AMERICAN INSURANCE COMPANY**                                   **DEFENDANT**

## STIPULATION OF DISMISSAL

Plaintiff, Hinds County School District, and Defendant, Ace American Insurance Company, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss the above captioned matter without prejudice.

Respectfully submitted, this, the 8th day of April, 2013.

HINDS COUNTY SCHOOL DISTRICT,
PLAINTIFF

By: /s/ Lawrence M. Coco, III
_____
Lawrence M. Coco, MS Bar No. 100378
On behalf of Hinds County School District

ACE AMERICAN INSURANCE COMPANY
DEFENDANT

By: /s/ Graham R. Pulvere
_____
Graham R. Pulvere, MS Bar #101804
On behalf of
Ace American Insurance Company

1

2

## CERTIFICATE OF SERVICE

I, Lawrence M. Coco, III do hereby certify that I have this date electronically filed the above and foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

This the 8th day of April, 2013.

/s/ Lawrence M. Coco, III<br>
Lawrence M. Coco, III